### NEWELL v. TURNER.

LITTLE, J.    There was sufficient evidence to support the verdict, and none of the grounds of the motion for a new trial show that the trial judge committed any error of such materiality as required the grant of a new trial.

   *Judgment affirmed.    All the Justices concurring, except Lewis, J., absent.*

Submitted May 1, — Decided June 11, 1902.

   Action for damages.    Before Judge Hodnett.    City court of Carrollton.    November 11, 1901.

   *Sidney Holderness* and *Oscar Reese,* for plaintiff in error.
   *L. D. McPherson* and *F. M. Richards,* contra.

---

### SMITH v. HEARN.

COBB, J.    There was no error in the rulings on evidence which were complained of, nor in the charges which were assigned as error.    The request to charge, so far as legal and pertinent, was covered by the general charge, which fairly submitted the issue to the jury.    The evidence authorized the verdict, and the court did not err in refusing to grant a new trial.

   *Judgment affirmed.    All the Justices concurring, except Lewis, J., absent.*

Submitted May 1, — Decided June 11, 1902.

   Complaint.    Before Judge Hodnett.    City court of Carrollton.    October 21, 1901.

   *Oscar Reese* and *C. P. Gordon,* for plaintiff.
   *W. D. Hamrick,* for defendant.